IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY LAYNE WRIGHT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0547 |
| ) | Judge Trauger |
| DEPUTY SWIATEK, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

**O R D E R**

On September 23, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion to Dismiss (Docket No. 6) be granted in part and denied in part. No timely objections have been filed. The Report and Recommendation (Docket No. 10) is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's causes of action for slander, defamation and negligence are **DISMISSED**, but his remaining cause of action may go forward. The defendant's Motion to Dismiss (Docket No. 6) is **GRANTED IN PART** and **DENIED IN PART**.

This case is referred back to the Magistrate under the original referral Order for further handling.

It is so **ORDERED.**

Enter this 17th day of October 2005.

_____
ALETA A. TRAUGER
U.S. District Judge